UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA COSTIGAN,

    Plaintiff,                                   Civil Action No. 17-CV-11903

vs.                                           HON. BERNARD A. FRIEDMAN

DELTA AIR LINES, INC., et al.,

    Defendants.
_____/

## ORDER DENYING DEFENDANT DELTA'S MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on defendant Delta's motion for summary judgment [docket entry 23]. This motion is fully briefed. On March 7, 2018, a hearing was held and oral argument heard. For the reasons stated on the record,

IT IS ORDERED that defendant Delta's motion for summary judgment is denied without prejudice.

IT IS FURTHER ORDERED that defendant Delta may reinstate and supplement the instant motion for summary judgment, or file a second motion for summary judgment pursuant to E.D. Mich. LR 7.1(b)(2).

Dated: March 9, 2018                    s/Bernard A. Friedman
Detroit, Michigan                    BERNARD A. FRIEDMAN
                                       SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 9, 2018.

                                          s/Johnetta M. Curry-Williams
                                        Case Manager